# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2531

_____

Heidi Ann Hill

*Plaintiff - Appellant*

v.

Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: May 14, 2018
Filed: May 31, 2018
[Unpublished]

_____

Before SHEPHERD, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Heidi Ann Hill appeals the order of the district court[1] affirming the Commissioner's denial of disability insurance benefits.  Based on de novo review of the record as a whole, this court agrees with the district court that substantial evidence supports the denial of benefits.  See Harvey v. Colvin, 839 F.3d 714, 715 (8th Cir. 2016).  To the extent Hill's pro se brief challenges the ALJ's credibility determination, we conclude his finding is entitled to deference, because it was supported by good reasons and substantial evidence.  See Julin v. Colvin, 826 F.3d 1082, 1086 (8th Cir. 2016).

The judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable Katherine M. Menendez, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).